# EXHIBIT A

## ERIC DURSIN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Nelly | Ride Wit Me | Country Grammar | 281-782 |
| Virgin Records America, Inc. | Lenny Kravitz | I Belong To You | 5 | 261-538 |
| Capitol Records, Inc. | Everclear | Everything to Everyone | So Much for the Afterglow | 181-328 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Green Day | Longview | Dookie | 185-457 |