UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,

Plaintiffs,

v.

ERIC DURSIN,

Defendant.

Case No.: 1:06-cv-00236-S-LDA

Hon. William E. Smith

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand and Five Hundred Dollars ($5,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Sweet Lady," on album "Tyrese," by artist "Tyrese" (SR# 237-788);
- "Ride Wit Me," on album "Country Grammar," by artist "Nelly" (SR# 281-782);
- "I Belong To You," on album "5," by artist "Lenny Kravitz" (SR# 261-538);
- "Everything to Everyone," on album "So Much for the Afterglow," by artist "Everclear" (SR# 181-328);
- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR# 109-420);
- "Like a Virgin," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Longview," on album "Dookie," by artist "Green Day" (SR# 185-457);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: ____________________

By: [signature]
Hon. William E. Smith
United States District Judge
2/13/07